**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 06-0527-1-PHX-DGC (LOA) |
| Plaintiff, | |
| vs. | **ORDER** |
| Candace Marie Tooze, | |
| Defendant. | |

Upon motion of the defendant Candace M. Tooze to exonerate bond with no objections by the government and good cause appearing:

IT IS HEREBY ORDERED that Defendant Tooze's Motion to Exonerate Bond is granted.

IT IS FURTHER ORDERED that any interest in the property of Kevin Taylor's residence identified in the "agreement to forfeit property" and "Waiver of Homestead Exemption" by the United States District Court is hereby relinquished.

DATED this 7th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge